■ In the Matter of VERNITA NUEY, an Attorney. — Respondent is suspended from practice as an attorney and counselor at law in the State of New York effective December 15, 1983 and until the further order of this court. Concur — Murphy, P. J., Asch, Fein, Milonas and Kassal, JJ.